UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**INDICTMENT FOR ASSAULTING A POSTAL EMPLOYEE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25-92-BAJ-RLB |
| *versus* | : | 18 U.S.C. §§ 111(a)(1) & (b) |
| CODY GASPARD | : | |

**THE GRAND JURY CHARGES:**

On or about April 15, 2025, in the Middle District of Louisiana, **CODY GASPARD**, defendant herein, did intentionally and forcibly assault, impede, intimidate, and interfere with the victim, a United States Postal Service employee who was engaged in the performance of her official duties, causing physical contact with and inflicting bodily injury upon the victim.

The above is a violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

UNITED STATES OF AMERICA, BY

_____
ELLISON C. TRAVIS
ACTING UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

_____
JAMIE A. FLOWERS, JR.
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

**REDACTED
PER PRIVACY ACT**
_____
GRAND JURY FOREPERSON

7/16/25
_____
DATE